Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorneys for Plaintiff Sunset Licensing LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET LICENSING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AZUGA, INC.,<br><br>*Defendant*. | CASE NO.: 5:20-cv-02174-EJD<br><br>**PLAINTIFF'S APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND EXTENSION OF TIME FOR SERVICE OF PROCESS AND CONTINUANCE OF OTHER DEADLINES**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Sunset Licensing LLC, ("Sunset") by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 4(m), hereby files this Application for Extension of Time for Service of Process, and respectfully requests this Court permit alternate service on Defendant Azuga, Inc. ("Azuga") as outlined herein, extend the time for service of the Summons and Complaint, and continue the currently scheduled Case Management Conference.

Wherefore, Sunset makes the following representations and recommendations:

1. This action was commenced on March 31, 2020, upon the filing of the

Summons and Complaint against Azuga [ECF No. 1].

2. As of the date of this filing, Sunset's process server has been unable to successfully effectuate service upon Azuga at the address of its registered agent for service of process due to the stay in place order. After several unsuccessful attempts at personal service, our server reached out to Azuga via telephone. Despite reaching out via telephone, our server has had no response from Defendant, Azuga. Despite diligent efforts, attempted service was unsuccessful.

3. Notwithstanding the difficulties incurred to date regarding service, Sunset believes that the identified address is the true address of the Defendant.

4. Sunset intends to conduct the following actions regarding service as to Defendant Azuga, pursuant to Fed. R. Civ. P. 4(e)(1) – service by posting a true and correct copy of the filed Summons and Complaint to the front door or at such other door as appears to be the main entrance and to mail a true and correct copy of the filed Summons and Complaint simultaneously by U.S.P.S. first class and certified return receipt requested mail as follows:

> Azuga, Inc.
> c/o Ananth Rani
> 42840 Christy St., Ste. #205
> Fremont, California 94538

5. Additionally, the Case Management Conference in this case is currently scheduled for July 2, 2020 and the Case Management Statement is due by

June 25, 2020. Due to the delay in effectuating service on Azuga, Sunset respectfully requests a 60-day continuance of the Case Management Conference to August 31, 2020.

WHEREFORE, Plaintiff hereby respectfully requests this Court permit alternate service of process and extend time for service by an additional thirty (30) days for which to serve the Summons and Complaint upon Defendant Azuga, Inc., and a continuance of sixty (60) days for the Case Management Conference.

Dated: June 11, 2020                Respectfully submitted,

/s/ Kirk Anderson
Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW, P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

***Attorney(s) for Sunset Licensing LLC***