# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET LICENSING LLC, | CASE NO.: 5:20-cv-02174-EJD |
| *Plaintiff*, | [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND EXTENSION OF TIME FOR SERVICE OF PROCESS AND CONTINUANCE OF OTHER DEADLINES |
| v. | |
| AZUGA, INC., | |
| *Defendant*. | |

THIS MATTER having been presented on Application by Kirk J. Anderson, attorney for Sunset Licensing LLC, ("Plaintiff"), for the entry of an order permitting alternate service and extending time to serve Defendant Azuga, Inc., and the Court having read and considered the papers presented, and for good cause shown:

IT IS ON THIS _____day of _____, 2020:

ORDERED that the time in which Plaintiff may serve Defendant is extended by thirty (30) days from the date of this order; it is further

ORDERED that Plaintiff may effectuate service upon Defendant Azuga, Inc. by posting notice of this action to the front door or at such other door as appears to be the main entrance at Defendant's last known address, and by mailing notice of this action to Defendant via first-class and certified, return receipt requested mail to the address listed as follows:

      Azuga, Inc.
      c/o Ananth Rani
      42840 Christy St., Ste. #205
      Fremont, California 94538

And it is further

    ORDERED that the Plaintiff shall file proof of service of Defendant no later than _____, 2020; and it is further

    ORDERED that Plaintiff serve a copy of this Order upon Defendant contemporaneously with service of the Summons and Complaint; and it is further

    ORDERED that the Case Management Conference is continued to August 31, 2020 and the Case Management Statement must be submitted no later than August 17, 2020.

    IT IS SO ORDERED.

Dated: _____

                                          _____
                                          Hon. Edward J. Davila
                                          United States District Judge